**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                                                                          Case No.: 22-10382-mg

Alexander Bernard Kaspar,
                                                                                                Chapter 11
                    Debtor.

---

# STIPULATION AND ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

     **WHEREAS**, the above captioned debtor (the "Debtor") has filed a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

     **WHEREAS**, it is necessary that the Debtor file a motion to extend the stay pursuant to 11 U.S.C. § 362(c)(3)(B) to extend the automatic stay provisions (the "Motion") as the Debtor's prior Chapter 11 case pending was dismissed within the preceding 1-year period preceding the filing of the within filing; and

     **WHEREAS**, the Debtor timely filed the Motion to Extend the automatic stay provisions pursuant to 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) as to all creditors;

     **WHEREAS**, it appearing that due and sufficient notice of the Motion having been served on all creditors and interested parties, and no additional notice being necessary under the present circumstances;

     **WHEREAS**, the only objecting party to the Motion being the Town of Putnam Valley (hereinafter "Putnam Valley") having reserved its rights and without prejudice as to future proceedings in the case;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that pursuant to 11 U.S.C. § 362(c)(3)(B), the automatic stay provisions of 11 U.S.C. § 362 (a) are hereby extended as to all creditors for a period of ninety-days (90) from April 27, 2022, without prejudice to further extensions.

Dated: New York, New York
      April 25, 2022

*/s/ Matthew M. Cabrera*
Matthew M. Cabrera, Esq.
M. Cabrera & Associates, PC
2002 Route 17M, Suite 12
Goshen, NY 10924
(845) 531-5474

*/s/ Lewis D. Wrobel*
Lewis D. Wrobel, Esq.
Handel & Carlini, LLP
1984 New Hackensack Road
Poughkeepsie, New York 12603

**IT IS SO ORDERED.**
Dated: April 26, 2022
      New York, New York

         **/s/ Martin Glenn**
MARTIN GLENN
Chief United States Bankruptcy Judge