UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

In re:                                                                                    CHAPTER 11

ALEXANDER BERNARD KASPAR,                                           Case No. 22-10382 (MG)

                                       Debtor.

------------------------------------------x

## ORDER DENYING MOTION FOR RECONSIDERATION

**UPON** the motion ("Motion for Reconsideration") of Alexander Bernard Kaspar (the "Debtor") requesting the Court to reconsider and/or vacate its *Order Granting Examination Pursuant to F.R.B.P. 2004* (ECF Doc. # 37) pursuant to 11 U.S.C. § 105(a), FED. R. BANKR. P. 9023, FED. R. CIV. P. 59(e); it is

**ORDERED** that the Motion for Reconsideration is **DENIED**. Section 362(c)(3)(B), referenced in the motion for reconsideration, does not apply to discovery authorized under Bankruptcy Rule 2004.

**IT IS SO ORDERED.**

Dated: July 18, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge