**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

In re:                                                      CHAPTER 11

ALEXANDER                                        Case No. 22-10382 (MG)
BERNARD KASPAR,


                              Debtor.
------------------------------------------x

## ORDER DENYING AMENDED MOTION FOR RECONSIDERATION

**UPON** the amended motion ("Amended Motion for Reconsideration," ECF Doc. # 42) of Alexander Bernard Kaspar (the "Debtor") requesting the Court to reconsider and/or vacate its *Order Granting Examination Pursuant to F.R.B.P. 2004* (ECF Doc. # 37) pursuant to 11 U.S.C. § 105(a), FED. R. BANKR. P. 9023, FED. R. CIV. P. 59(e); it is

**ORDERED** that the Amended Motion for Reconsideration is **DENIED**.


**IT IS SO ORDERED.**

Dated:  July 19, 2022
            New York, New York

                                                           /s/ Martin Glenn
                                                         MARTIN GLENN
                                            Chief United States Bankruptcy Judge