UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Case No.: 22-10382-mg |
| Alexander Bernard Kaspar, | Chapter 11 |
| Debtor. | |

_____

# SECOND STIPULATION AND ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

**WHEREAS**, the above captioned debtor (the "Debtor") has filed a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, it is necessary that the Debtor file a motion to extend the stay pursuant to 11 U.S.C. § 362(c)(3)(B) to extend the automatic stay provisions (the "Motion") as the Debtor's prior Chapter 11 case pending was dismissed within the preceding 1-year period preceding the filing of the within filing; and

**WHEREAS**, the Debtor timely filed the Motion to Extend the automatic stay provisions pursuant to 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) as to all creditors;

**WHEREAS**, it appearing that due and sufficient notice of the Motion having been served on all creditors and interested parties, and no additional notice being necessary under the present circumstances;

**WHEREAS**, the only objecting party to the Motion being the Town of Putnam Valley (hereinafter "Putnam Valley") having reserved its rights and without prejudice as to future proceedings in the case;

[*Remainder of page intentionally left blank*]

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that pursuant to 11 U.S.C. § 362(c)(3)(B), the automatic stay provisions of 11 U.S.C. § 362 (a) are hereby extended as to all creditors for a period of ninety-days (90) from July 26, 2022, without prejudice to further extensions.

Dated: New York, New York
      July 25, 2022

*/s/ Matthew M. Cabrera*
Matthew M. Cabrera, Esq.
M. Cabrera & Associates, PC
2002 Route 17M, Suite 12
Goshen, NY 10924
(845) 531-5474

*/s/ Lewis D. Wrobel*
Lewis D. Wrobel, Esq.
Handel & Carlini, LLP
1984 New Hackensack Road
Poughkeepsie, New York 12603

**SO ORDERED:**

**IT IS SO ORDERED.**

Dated:  July 26, 2022
        New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                            Chief United States Bankruptcy Judge