**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Hearing Date: September 20, 2022
Hearing Time: 10:00 a.m.

| | |
|---|---|
| In re: | Chapter 11 |
| Alexander Bernard Kaspar | Case No. 22-10382 |
| Debtor(s). | |

**NOTICE OF MOTION FOR AN ORDER TO APPROVE THE PRIVATE SALE OF THE DEBTOR'S PROPERTY LOCATED AT 33 GILBERT LANE PUTNAM VALLEY NY 10579 FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363) AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **September 20, 2022,** at 10:00 a.m., or as soon thereafter as counsel may be heard, the Debtor will move before the United States Bankruptcy Court located at One Bowling Green New York, NY 10004, pursuant to 11 U.S.C. § 363(b) and (f), seeing entry of an Order as follows:

(a) Approving the sale of all rights, title and interests in the Debtor's property located at 33 Gilbert Lane Putnam Valley NY 10579, free and clear of all claims, with any and all liens to attach to the proceeds of the sale;

(b) Approving payment of expenses, including legal fees and broker commissions at closing; and

(a) For such other and further relief as to this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Debtor's motion must be in writing and conform to the requirements of the Bankruptcy code, the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York and must be filed and served no later than seven (7) business days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that a "hard copy" of any objections must be delivered to the Chambers of the Judge, Sean H. Lane at the United States Bankruptcy Court, One Bowling Green New York, NY 10004 on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be served in accordance with the provisions of General Order M-182 so that they are received on or before the Objection Deadline by M. Cabrera & Associates, P.C. 2002 Route 17M, Suite 12, Goshen, New York 10924; and

**PLEASE TAKE FURTHER NOTICE** that this matter does not involve complicated issues of law or fact and therefore no brief is necessary.

          M. Cabrera & Associates, P.C.
          Attorneys for Debtor & Debtor in Possession


          */s/ Matthew M. Cabrera*
          By:  Matthew M. Cabrera, Esq.


Dated:  August 30, 2022