

**HANDEL & CARLINI, LLP**
ATTORNEYS AT LAW
WWW.HANDELCARLINI.COM

P 845.454.2221
F 845.297.2250

MAIN OFFICE
(RESPOND HERE)
1984 NEW HACKENSACK RD
POUGHKEEPSIE, NY 12603

WAPPINGERS OFFICE
62A EAST MAIN STREET
WAPPINGERS FALLS, NY 12590

POUGHKEEPSIE OFFICE
POUGHKEEPSIE JOURNAL
BUILDING
85 CIVIC CENTER PLAZA
SUITE 201A
POUGHKEEPSIE, NY 12601

NEWBURGH OFFICE
372 FULLERTON AVE
UPPER LEVEL
NEWBURGH, NY 12550

December 20, 2022

<u>*Transmitted Via ECF:*</u>
Hon. Martin Glenn
U.S. Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

**Re: Alexander Bernard Kaspar | 22-10382-MG**

Dear Chief Judge Glenn:

I am of counsel to the firm of Handel & Carlini LLP, special counsel for the Town of Putnam Valley. I have reviewed the Debtor's motion for the Bankruptcy Court to abstain. The Town of Putnam Valley has no opposition to the relief requested by the Debtor.

Respectfully,

**HANDEL & CARLINI, LLP**

 By __/s/ Lewis D. Wrobel_____
       Lewis D. Wrobel, Esq.

/eb

Cc: Matthew Cabrera, Esq.



LEWIS WROBEL
LEWIS@HANDELCARLINI.COM