UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

          ALEXANDER BERNARD KASPAR,

                             Debtor.

                                        CHAPTER 11
                                        Case No. 22-10382(MG)

                                        DECLARATION

-------------------------------------------------------------X

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF DUTCHESS  )

      Lewis D. Wrobel, makes the following Declaration:

      1.   I am of counsel to the law firm of Handel & Carlini LLP, special counsel for the Town of Putnam Valley (hereinafter referred to as "Putnam Valley") and make this Declaration in response to the Order to Show Cause issued by the Court on February 16, 2023.

      2.   Putnam Valley will proceed with its Motion to Dismiss with Prejudice in the Chapter 11 case of Alexander Bernard Kaspar.

      3.   Putnam Valley, however, is very concerned that the sum of $400,000 mandated for remediation is no longer available.

      4.   Because the Debtor has no substantial business operations, a Chapter 11 Trustee should not be appointed.

Dated:  March 2, 2023
         Poughkeepsie, NY

                                                     /s/ Lewis D. Wrobel_____
                                                     Lewis D. Wrobel, Esq.
                                                     HANDEL & CARLINI, LLP
                                                     *Attorneys for Creditor*
                                                     *Town of Putnam Valley*
                                                     1984 New Hackensack Road
                                                     Poughkeepsie, New York 12603
                                                     Tel. No.: 845-454-2221