**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALEXANDER BERNARD KASPAR,<br><br>Debtor. | Case No. 22-10382 (MG)<br><br>Chapter 11 |

### ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

The case having been converted to a case under chapter 7, the motion to dismiss is

DENIED WITHOUT PREJUDICE.

Dated: March 9, 2023
       New York, New York

                                            *Martin Glenn*
                                        MARTIN GLENN
                             Chief United States Bankruptcy Judge

1