# EXHIBIT B

## Summary

Total compensation requested: $58,480.00

Total Expenses requested: $2,304.23

Matthew M. Cabrera, Esq.

| Category | Number of Hours |
| --- | --- |
| Case Administration | 51.7 |
| Claims Administration | 0.0 |
| Fee/Employment Applications | 6.5 |
| Meeting of Creditors | 1.8 |
| Plan and Disclosure Statement | 0.0 |
| Accounting – Operating Reports | 6.2 |
| Business Operations | 12.9 |

Joseph J. Reilly, Esq.

| Category | Number of Hours |
| --- | --- |
| Case Administration | 51.1 |
| Claims Administration | 0.0 |
| Fee/Employment Applications | 0.0 |
| Meeting of Creditors | 0.0 |
| Plan and Disclosure Statement | 0.0 |
| Accounting – Operating Reports | 0.0 |
| Business Operations | 14.60 |

| Paralegal | 1.2 |
| --- | --- |