# EXHIBIT B

M. Cabrera & Associates, PC  
Counsel for the Debtor and Debtor  
In Possession  
2002 Route 17M, Suite 12  
Goshen, NY 10924  
Matthew M. Cabrera, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------x<br>In re<br><br>ALEXANDER KASPAR<br>Debtor.<br>----------------------------------------------------------x | RETURN DATE: April 25, 2023<br>TIME:  10:00 AM<br><br>Chapter 11<br><br>Case No.  22-10382 (MG) |

**CERTIFICATION OF HARRY SUDWISCHER IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF ENVIRONMENTAL CONSULTANT AND MANAGEMENT SERVICES ENVIRONMENTAL CONSULTANT TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIORD OF MARCH 28, 2022, THROUGH MARCH 9, 2023**

_____

I, Harry Sudwischer, hereby declare:

1.  I, Harry Sudwischer, the Director of Remediation for Environmental Consulting and Management Services ("ECMS") have been designated as ECMS's certifying professional with responsibility for ECMS's compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the "UST Guidelines").

2.  I hereby certify that (i) I have read ECMS's application (the "Interim Application") for interim allowance of compensation for services rendered to the Debtor and for reimbursement of expenses in connection therewith, for the period from March 28, 2022 through and including March 9, 2023; (ii) to the best of my knowledge, information and belief formed after reasonable inquiry, the Interim Application complies with the mandatory guidelines set forth in the UST Guidelines; (iii) to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expense reimbursements sought comply with the parameters set forth in the UST Guidelines; (iv) the fees and expense reimbursements sought are billed at rates and in accordance with practices

customarily employed by ECMS and generally accepted by ECMS's clients, and are in accordance with the UST Guidelines; (v) ECMS does not make a profit in providing any reimbursable services to the Debtor, and (vi) copies of the Interim Application have been provided to the Debtor, and the United States Trustee within Twenty-One (21) days of the date set by the Court to hear the Application.

Dated: Goshen, New York
      April 4, 2023

                                                  By:  /s/ Harry Sudwischer
                                                        Harry Sudwischer