UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    Alexander Bernard Kaspar,<br><br>                            Debtor. | Case No. 22-10382 (MG)<br><br>Chapter 7 |

## ORDER REGARDING FEE APPLICATION

With respect to the fee applications of Matthew M. Cabrera & Associates, PC (ECF Doc. ## 93 and 103), the applications are **DENIED WITHOUT PREJUDICE** for the reasons stated on the record.

    IT IS SO ORDERED.

Dated:    August 1, 2023
               New York, New York

                                              *Martin Glenn*
                                              MARTIN GLENN
                                   Chief United States Bankruptcy Judge