UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
IN RE:

| | |
|---|---|
| Alexander Bernard Kaspar, | CH. 7 |
| | Case No. 22-10382-mg |
| Debtor. | |

———————————————————————X

## STIPULATION OF SUBSTITUTION OF COUNSEL FOR THE DEBTOR

IT IS HEREBY STIPULATED AND AGREED that:

The Law Office of Charles A. Higgs is hereby substituted as counsel for the Debtor in place of M. Cabrera and Associates in the above-captioned bankruptcy case.

Dated: August 14, 2023
      Bedford Hills, NY

| | |
|---|---|
| /s/ Matthew M. Cabrera | /s/ Charles A. Higgs |
| Matthew M. Cabrera | Charles A. Higgs |
| M. Cabrera & Associates, P.C. | Law Office of Charles A. Higgs |
| Outgoing counsel for the Debtor | Incoming Counsel for the Debtor |
| 2002 Route 17M, Suite 12 | 2 Depot Plaza, Ste 4 |
| Goshen, NY 10924 | Bedford Hills, NY 10507 |
| | (917) 673-3768 |
| | Charles@FreshStartESQ.com |

/s/ Alexander Bernard Kaspar
Alexander Bernard Kaspar

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE:

Alexander Bernard Kaspar,                           CH. 7
                                                    Case No. 22-10382-mg
          Debtor.
_____X

## STIPULATION OF SUBSTITUTION OF COUNSEL FOR THE DEBTOR

IT IS HEREBY STIPULATED AND AGREED that:

The Law Office of Charles A. Higgs is hereby substituted as counsel for the Debtor in place of M. Cabrera and Associates in the above-captioned bankruptcy case.

Dated: August 14, 2023
       Bedford Hills, NY

_____          /s/ Charles A. Higgs
Matthew M. Cabrera                       Charles A. Higgs
M. Cabrera & Associates, P.C.            Law Office of Charles A. Higgs
Outgoing counsel for the Debtor          Incoming Counsel for the Debtor
2002 Route 17M, Suite 12                 2 Depot Plaza, Ste 4
Goshen, NY 10924                         Bedford Hills, NY 10507
                                         (917) 673-3768
                                         Charles@FreshStartESQ.com


_____
Alexander Bernard Kaspar