B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District Of New York

**In re**

Alexander Bernard Kaspar

Case No. 22-10382-mg

**Debtor**

Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:*

   Retained post-petition in substitution of Debtor's existing counsel
   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,000*

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 5,000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

   *$1,000 for represntation in Chapter 7, $4,000 as initial retainer for representation in the Adversary

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)  Grace DiLebero

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Review of the Debtor's case and representation in Debtor's Chapter 7 bankruptcy

   b. Preparation and filing of any amended schedules or other required documents

   c. Representation of the debtor at any continued meeting of creditors

B2030 (Form 2030) (12/15)

    d. Representation of the debtor in the pending adversary proceeding and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Appeals, non-bankruptcy matters

|  | CERTIFICATION |
|---|---|
| | I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| 8/22/2023 | /s/ Charles A. Higgs |
| *Date* | *Signature of Attorney* |
| | Law Office of Charles A. Higgs |
| | *Name of law firm* |