UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                                                  Chapter 7

ALEXANDER BERNARD KASPAR,                                       Case No.: 22-10382-mg

            Debtor.

----------------------------------------------------------x

**FOURTH STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE**

**WHEREAS**, on March 28, 2022, Alexander Bernard Kaspar ("Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York ("Court");

**WHEREAS**, pursuant to an Order dated March 9, 2023 [ECF No. 94], the Court converted the Debtor's Chapter 11 case to a Chapter 7 case;

**WHEREAS**, Marianne T. O'Toole was appointed as Chapter 7 Trustee for the Debtor [ECF No. 97] and, by operation of law, Marianne T. O'Toole is the permanent Chapter 7 Trustee of the Debtor's estate ("Trustee");

**WHEREAS**, pursuant to a Stipulation and Order entered on November 13, 2023 [ECF No. 134], the current deadline to object to the Debtor's discharge is January 15, 2024;

**WHEREAS,** the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge needs to be extended upon request of the Trustee in order to allow the Trustee to complete her examination of the Debtor.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Trustee, the United States Trustee and the Debtor that:

1.      The Trustee's and the United States Trustee's respective time to object to the

Debtor's discharge pursuant to section 727 of the Bankruptcy Code be, and it hereby is, extended through and including **March 15, 2024**, without prejudice to further extensions, including on request of the Trustee and/or the United States Trustee.

2. The undersigned represent and warrant that they have full authority to execute this Stipulation and Order on behalf of their respective client and have obtained all necessary approvals.

3. This Stipulation and Order may be executed in one or more counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

[*space left blank intentionally*]

4. The Court shall retain exclusive jurisdiction over the subject matter of this Stipulation and Order.

Dated: January 12, 2024
Wantagh, New York

*s/ Holly R. Holecek*
Holly R. Holecek, Esq.
LaMonica Herbst & Maniscalco, LLP
*Counsel to Marianne T. O'Toole, as Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500

Dated: January 12, 2024
Bedford Hills, New York

*s/ Charles A. Higgs*
Charles A. Higgs, Esq.
Law Office of Charles A. Higgs
2 Depot Plaza, Suite 1A
Bedford Hills, New York 10507
Telephone: (917) 673-3768

Dated: January 12, 2024

*s/ Alexander Bernard Kaspar*
Alexander Bernard Kaspar

Dated: January 12, 2024
New York, New York

*s/ Greg Zipes*
Greg Zipes, Esq., Trial Attorney
William K. Harrington
United States Trustee for Region 2
Alexander Hamilton Custom House
One Bowling Greet, Room 534
New York, New York 10004
Telephone: (212) 510-0500

**IT IS SO ORDERED this ___ day of January 2024**

_____
Honorable Martin Glenn
Chief United States Bankruptcy Judge